UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARGEMIRO ZAPATA-CASTRO,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **July 28, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **July 7, 2020**, and any submission by the Government is due on **July 14, 2020**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
March 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge