UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARGEMIRO ZAPATA-CASTRO,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for July 28, 2020, will take place on **October 6, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are now due by **September 15, 2020**, and any submission by the Government is due by **September 22, 2020**.

Dated: New York, New York
       May 26, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge