## LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

September 4, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The application is granted. Zapata-Castro's sentencing is adjourned from October 6, 2020 (see Dkt. No. 314) to November 20, 2020 at 9:00 a.m. Defendant's sentencing submission is now due by October 30, 2020, and the Government's sentencing submission by November 6, 2020.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> September 8, 2020

Re: United States v. Argemiro
S1 18 Cr. 601 (PGG)

Dear Judge Gardephe:

I am counsel for Defendant Argemiro Zapata-Castro. Mr. Zapata-Castro is scheduled to be sentenced on September 16, 2020. I write to respectfully request that the sentencing in this matter be adjourned forty-five days, and that the dates for sentencing submissions be adjusted to conform with the new sentencing date. There has been one prior request for an adjournment of sentence but no prejudice to my client because he is facing a mandatory minimum sentence of ten years. The Government consents to this second request.

The first request for an adjournment was caused by Mr. Zapata-Castro's traumatization after suffering from COVID-19. He was simply unable to proceed by telephone with the interview required for preparation of the presentence report. Since that first request, the PSI interview was successfully completed and a final report was made available on August 20, 2020. This second request is based on my inability to communicate with my client to review the PSR and otherwise prepare for sentencing. Efforts to communicate with my client after August 20 proved unsuccessful and the BOP's website subsequently informed me my client was no longer in BOP custody. I learned only today, courtesy of the United States Attorney's Office, that my client is now incarcerated in the Westchester County Jail. It will take additional time for me to communicate with my client at this new location, review the PSR with him, and finalize the sentencing submission.

Accordingly, the relief sought should be granted.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Matthew Hellman, Esq., AUSA