UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
         - v. -                     :
                                    :   S1 18 Cr. 601 (PGG)
ARGEMIRO ZAPATA-CASTRO,             :
                                    :
              Defendant.            :
                                    :
------------------------------------X

WHEREAS, with the consent of defendant Argemiro Zapata-Castro, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 16, 2020;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript -- as supplemented by the proceedings on August 16, 2021 -- this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:  New York, New York
        August 16, 2021

*Paul Gardephe* (signature)
HONORABLE PAUL G. GARDEPHE
United States District Judge
Southern District of New York